**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| XIAOLEI DU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UR MENDOZA JADDOU, DIRECTOR OF THE UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, ET AL.,<br><br>　　　　　Defendants. | No. CV 23-00409 JSL (Ex)<br><br>**ORDER GRANTING JOINT STIPULATION TO STAY THE CASE PENDING ADJUDICATION OF APPLICATION (Doc. 9)** |

　　Having read and considered the Joint Stipulation to Stay the Case Pending Adjudication of Application submitted by the parties, and finding good cause therefor,

　　IT IS HEREBY ORDERED that the instant action shall be stayed until December 1, 2023.  No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

Dated: April 5, 2023

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HON. JOSEPHINE L. STATON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE